COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re David A. Chaumette

Appellate case number:   01-13-00964-CV

Trial court case number:  64769

Trial court:                 23rd District Court of Brazoria County

On November 20, 2013, relator, David A. Chaumette, filed an "Emergency Motion for Temporary Relief:  For Writ of Prohibition and/or Temporary Orders Restraining The Honorable Judge Ben Hardin and The Honorable Brazoria County Sheriff Charles Wagner and for Personal Recognizance Bond."  Relator's motion for temporary relief is **denied**.

It is so ORDERED.


Judge's signature: /s/ <u>Laura C. Higley</u>
                     ☒  Acting individually    ☐  Acting for the Court


Date:  November 21, 2013